# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**GWENDOLYN G. CARANCHINI,**

    **Plaintiff,**

    **v.**

**LOLA PECK,** et al.,

    **Defendants.**

Case No. 18-2249

## MEMORANDUM & ORDER

This matter comes before the court upon plaintiff Gwendolyn G. Caranchini's Amended Motion for Extension of Time to File Response (Doc. 9). Plaintiff seeks until Monday, June 4, 2018, to file her response to defendants Lola Peck and Rick Peck, IV's Motion to Strike the Complaint (Doc. 3). Plaintiff informs the court that this motion is unopposed. It is therefore granted. Plaintiff has until Monday, June 4, 2018 to file her response.

**IT IS THEREFORE ORDERED** that plaintiff's Amended Motion for Extension of Time to File Response (Doc. 9) is granted.

Dated May 30, 2018, at Kansas City, Kansas.

    s/ Carlos Murguia
    **CARLOS MURGUIA**
    **United States District Judge**