# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**GWENDOLYN G. CARANCHINI,**

       **Plaintiff,**

v.                                     Case No: 18-2249-CM-TJJ

**LOLA PECK,**
**RICK PECK IV,**

       **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the *Memorandum and Order* filed DECEMBER 10, 2018, the defendant's Motion to Dismiss is granted.  Judgment is entered on behalf of Defendants LOLA PECK and RICK PECK IV and against Plaintiff GWENDOLYN G. CARANCHINI.  This case is closed.

 12/10/2018                                            TIMOTHY M. O'BRIEN
       Date                                                  CLERK OF THE DISTRICT COURT

                                                               by:  /s/ Jeffrey Hokanson
                                                                       Deputy Clerk